## STATEMENT OF FACTS

**A. June 2023 Firearms and Suspected Narcotics Recovery**

On May 26, 2023, law enforcement obtained a D.C. Superior Court search warrant (warrant number 2023 CSWSLD 001950) for x x x x Xxxxxx Xxxxxx Xxxx, X x . Southwest, Washington, D.C. xxxxx, which is the verified address of Mark HARRIS (DOB: xx/xx/xxxx, PDID: xxxxxx) while under supervision for a currently pending firearms-related case in Prince George's County, Maryland.

On the morning of June 1, 2023, law enforcement executed the warrant. Upon entering the residence, law enforcement officers found all occupants located on the second floor, who were later determined to be HARRIS' mother and two younger brothers. On the main floor of the residence, law enforcement officers found within one bedroom in the rear of the residence ("BEDROOM 1") the following:

- One Firearm, located under the mattress;
    - Unknown Make and Model with no serial number
    - Semi-auto pistol .45 Caliber
    - Extended Magazine with twelve rounds of ammunition and one live round in the chamber (total of thirteen)
- One Rifle, located in the closet;
    - Palmetto PA-15 Multi-Caliber semi-automatic rifle
    - Large capacity magazine
    - No ammunition
- Ammunition in four boxes with various rounds located under the bed;
- One loose live ammunition round located under the bed;
- On the windowsill, one bottle of suspected "lean," which is a combination of promethazine and codeine, a Schedule V Substance, that is sold on the streets;
- Two bags of white powdery substance in a small safe;
- Silver Mac Book laptop on the nightstand; and
- Cardboard box containing nine (9) bottles of suspected "lean," a combination of promethazine and codeine, a Schedule V Substance, that is sold on the streets.

BEDROOM 1 was identified as HARRIS's room based on numerous mail matter with his name on them, and documents attributable to HARRIS, including mail from the District of Columbia government, court paperwork, police reports, and medical insurance cards.

The two firearms recovered from BEDROOM 1 were processed and swabbed for DNA. The recovered bottles of suspected "lean," are pending DEA laboratory testing.

**B. June 2023 Firearms DNA Results**

On October 2, 2023, the FBI Laboratory provided the following DNA results from testing the swabs from the aforementioned firearms and magazines found in HARRIS' bedroom. As discussed in greater detail below, DNA testing revealed the inclusion of HARRIS' DNA on the

DNA profiles obtained from both seized firearms.  As to the pistol, the DNA profile consists of a mixture of three individuals consisting of male and female DNA.  The profile is 270 quadrillion times more likely if HARRIS and two unknown, unrelated people are contributors than if three unknown, unrelated people are contributors.  This DNA report characterizes this result as "very strong support for inclusion" by the Laboratory.  For the pistol's magazine, the DNA profile consists of a mixture of three individuals consisting of female DNA.  The profile is eight (8) times more likely if HARRIS and two unknown, unrelated people are contributors than if three unknown, unrelated people are contributors.  This DNA report characterizes this result as "limited support for inclusion."

As to the rifle, the DNA profile consists of a mixture of three individuals consisting of male DNA.[1]  The profile is 2,500 times more likely if HARRIS and three unknown, unrelated people are contributors than if four unknown, unrelated people are contributors.  This DNA report characterizes this result as "moderate support for inclusion."  For the rifle's magazine, the DNA profile consists of a mixture of three individuals consisting of male DNA.  The profile is 640,000 times more likely if HARRIS and two unknown, unrelated people are contributors than if three unknown, unrelated people are contributors.  This DNA report characterizes this result as "strong support for inclusion."

C.  Harris's Advertisements for Sale of Controlled Substances

On June 15, 2023, law enforcement executed a search warrant for HARRIS' Instagram account (warrant number 23-sc-1432).  The return is replete with blatant advertisements for the sale of controlled substances, specifically, what appears to your Affiant, based on experience and training, to be "lean."  See the below Instagram posts for a mere sample.

 

---

[1] The DNA report notes that the presence of male DNA in a mixture may limit the ability to determine if female DNA is also present in that mixture.

**D. November 2023 Search Warrant and Arrest; Firearm Recovery**

On the morning of November 2, 2023, law enforcement officers executed a federal search warrant (23-sw-363) issued by the Honorable Zia M. Faruqui, Magistrate Judge of the United States District Court for the District of Columbia, again at xxxx Xxxxxx Xxxxxx Xxxx, Xx. Xxxxxx Xxxxxxxxx, Washington, D.C. xxxxx.  Four individuals were found inside of the residence, including HARRIS.  One male was located in the basement, two males were located on the second floor of the residence, and HARRIS alone was located in BEDROOM 1.  Your Affiant immediately recognized the individual in BEDROOM 1 as HARRIS's based on prior knowledge.

Inside BEDROOM 1, law enforcement discovered the following:

- One black semi-automatic pistol (Glock 22 .40 caliber) with one round in the chamber and 14 rounds in the 15-round magazine, under the bed;
- One box of ammunition in the dresser drawer;
- Various prescriptions mostly blank with some containing various names, including HARRIS's, contained within a bag on the floor;
- Various mail matter with HARRIS' name on them; and
- Two empty bottles of suspected "lean," which is a combination of promethazine and codeine, a Schedule V Substance, that is sold on the streets, on the ground next to the bed.

A criminal records check revealed that, on June 7, 2019, HARRIS was convicted in Fairfax County General District Court case number GC18243507-00 of one count of Robbery, in violation of Virginia Code § 18.2-58, which carries a five-year mandatory minimum sentence and a maximum sentence of life imprisonment.  HARRIS, therefore, is prohibited from possessing any firearms and/or ammunition and would have been aware at the time of both search warrants in this case that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the semi-automatic rifle recovered on June 1, 2023, and black semi-automatic pistol recovered on November 2, 2023, as well as the ammunition recovered on both dates, would have traveled in interstate commerce prior to being recovered in the District of Columbia.

**E. Probable Cause**

Based on the foregoing, I submit that there is probable cause to believe that on June 1, 2023, HARRIS violated: (1) 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce; and (2) 22 D.C. Code § 4503(a)(1) and (b)(1) (Prior Crime of Violence), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition.

I also submit that there is probable cause to believe that on November 2, 2023, HARRIS violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of

a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
CONNER JOHNSON, OFFICER
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd day of November, 2023.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE